IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NWJ, LLC**                                                                             **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO.**  1:24cv47LG-RPM

**CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY NUMBER
B0429BA200517311**                                           **DEFENDANT**

## NOTICE OF REMOVAL

Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Number B0429BA200517311 ("Certain Underwriters"), by and through its undersigned counsel, appears for the purpose of presenting this Notice of Removal of the cause described below from the Circuit Court of Harrison County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Southern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

### I. JURISDICTION AND VENUE

1. This civil action was originally commenced by the Plaintiff, NWJ, LLC ("Plaintiff"), on December 28, 2023, in the Circuit Court of Harrison County, Mississippi, First Judicial District. (*See* Complaint, Exhibit "A".)

2. This Court has jurisdiction over this matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3. The United States District Court for the Southern District of Mississippi, Southern Division is the proper venue for this matter since the matter is removed from the Circuit Court of Harrison County, Mississippi, First Judicial District.

4. Thirty (30) days or less, as calculated under applicable law, have elapsed since the removing Defendant was served with process in this matter, and this removal has been accomplished within one (1) year after commencement of the action so as to be timely within the provisions of 28 U.S.C. §1446(b).

## II. DIVERSITY OF CITIZENSHIP JURISDICTION

5. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 since the parties to this matter are of entirely diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## III. PARTIES

6. According to the Complaint, Plaintiff is "a Mississippi Limited Liability Company with its principal place of business in Biloxi, Harrison County, Mississippi." (*See* Complaint, Exhibit "A", at ¶ 5.) As such, Plaintiff is a citizen of Mississippi for purposes of diversity of citizenship jurisdiction.

7. The Complaint alleges that Certain Underwriters "is a foreign insurance company . . . with its principal place of business being in London, England. (*See* Complaint, Exhibit "A", at ¶ 6.) At all times material hereto, Certain Underwriters are and were an unincorporated association based in London, England, consisting of the following syndicates:

- Travelers (Syndicate 5000) – 26.6667%
- Agora (Syndicate 3268) – 11.1111%
- Channel (Syndicate 2015) – 22.2222%
- Westfield Specialty (Syndicate 1200) – 15%
- Liberty (Syndicate 4472) – 15%
- Brit (Syndicate 2987) – 9%

- Brit (Syndicate 2988) – 1%

8. Travelers (Syndicate 5000) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Travelers (Syndicate 5000) is a citizen of the United Kingdom.

9. Agora (Syndicate 3268) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Agora (Syndicate 3268) is a citizen of the United Kingdom.

10. Channel (Syndicate 2015) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Channel (Syndicate 2015) is a citizen of the United Kingdom.

11. Westfield Specialty (Syndicate 1200) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Westfield Specialty (Syndicate 1200) is a citizen of the United Kingdom.

12. Liberty (Syndicate 4472) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Liberty (Syndicate 4472) is a citizen of the United Kingdom.

13. Brit (Syndicate 2987) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Brit (Syndicate 2987) is a citizen of the United Kingdom.

14. Brit (Syndicate 2988) is a foreign insurance syndicate which is registered in and has its principal place of business in England. Therefore, Brit (Syndicate 2988) is a citizen of the United Kingdom.

15. Therefore, Certain Underwriters is a citizen of the United Kingdom for purposes of diversity of citizenship jurisdiction.

### IV. AMOUNT IN CONTROVERSY

16. The amount in controversy exceeds $75,000, exclusive of interest and costs.

17. In addition to its claims for damages for breach of contract, Plaintiff also sues Certain Underwriters for extra-contractual damages, including, but not limited to, punitive damages. (*See* Complaint, Exhibit "A", at ¶¶ 50-53, 57, 79.)

18. "[F]ederal courts in Mississippi have consistently held that a claim for an unspecified amount of punitive damages under Mississippi law is deemed to exceed the amount necessary for federal jurisdiction." *Cartwright v. State Farm Mut. Auto. Ins. Co.*, No. 4:14CV57-GHD-JMV, 2014 WL 6959045, at *3 (N.D. Miss. Dec. 8, 2014).[1]

### V. CONCLUSION

19. Copies of all process, pleadings, and other papers filed in the Circuit Court of Harrison County, Mississippi, First Judicial District are attached hereto collectively as Exhibit "B."

20. Pursuant to 28 U.S.C.§ 1446 a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Harrison County, Mississippi, and written notice of the filing of this Notice or Removal is being given directly to all parties or through their counsel of record.

---

[1] *See also McAfee v. Allstate Ins. Co.*, No.: 3:18-CV-300-HTW-LRA, 2019 WL 4783107, at *8 (S.D. Miss. Sept. 29, 2019); *Magruder v. Brashier*, No. 3:18-CV-588 HTW-LRA, 2019 3824249, at *1 (S.D. Miss. Aug. 14, 2019); *Walker v. Scales*, No. 1:13CV227-SA-DAS, 2014 WL 670216 (N.D. Miss. Feb. 20, 2014); *Montgomery v. First Family Fin. Serv. Inc.*, 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002); *Brasell v. Unumprovident Corp.*, 2:01CV202-D-B, 2001 WL 1530342, at *2 (N.D. Miss. Oct. 25, 2001) (citing *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998); *Myers v. Guardian Life Ins. Co. of America, Inc.*, 5 F. Supp. 2d 423, 428-429 (N.D. Miss. 1998); *Marcel v. Poole Co.*, 5 F.3d 81, 84-85 (5th Cir. 1993); *Allstate Ins. Co. v. Hilben*, 692 F. Supp. 698, 701 (S.D. Miss. 1988)).

21. Pursuant to this removal and the clear provisions of 28 U.S.C. § 1446, there should be no further proceedings in the Circuit Court of Harrison County, Mississippi, First Judicial District.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Number B0429BA200517311, respectfully requests this Court to properly assume full jurisdiction over this action.

This the 12th day of February, 2024.

Respectfully submitted,

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER B0429BA200517311**

BY:  /s/Joseph W. Gill
EDWARD J. CURRIE, JR. (MSB #5546)
JOSEPH W. GILL (MSB #102606)
CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Drive
Flowood, MS   39232
Telephone: (601) 969-1010
Telecopier: (601) 969-5120
ecurrie@curriejohnson.com
jgill@curriejohnson.com

## **CERTIFICATE OF SERVICE**

  I, the undersigned counsel, do hereby certify that I have on this day served via e-mail and/or United States Mail, postage fully prepaid, a true and correct copy of the foregoing to the following:

Jason M. Ciofalo, Esq.
Hair Shunnarah Trial Attorneys
3540 S. I-10 Service Road, West
Suites 300
Metairie, LA 70001
  Email: jciofalo@hstalaw.com

This the 12th day of February, 2024.

               */s/Joseph W. Gill*
               JOSEPH W. GILL