## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**NWJ, LLC**                                                            **PLAINTIFF**

**v.**                                                   **CAUSE NO. 1:24cv47-LG-RPM**

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, LONDON**
**SUNSCRIBING TO POLICY**
**NUMBER B0429BA200517311**                               **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the

remaining claims in this case, and the Court being advised that all parties have an

informed understanding of their rights and a full appreciation of the consequences

of the settlement, and the Court being desirous that this matter be finally closed on

its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is

hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of September, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge